# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MUHAMMET FAITH PERCIN,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>Respondents. | No. 5:25-cv-03587-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Claim Two in the Petition is **granted**.

3. Petitioner is ordered released from immigration detention **within one business day** of this Order and shall not be re-detained unless he is provided a pre-detention hearing, at which his entitlement to bond is considered under § 1226(a), and not § 1225, at least until his removal order is administratively final.

1       4.      Respondents shall file a status report **within two business days**
2 of this Order confirming their compliance.
3       5.      The remaining claims in the Petition are **denied as moot**.
4       6.      Judgment shall be entered consistent with this order.
5       7.      The Court Clerk shall serve this Order and the Judgment on all
6 counsel or parties of record.

DATED: February 19, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2