JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

MUHAMMET FAITH PERCIN,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

No. 5:25-cv-03587-SSS-BFM

**AMENDED JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two in the Petition. Petitioner is ordered released from immigration detention **on the conditions imposed in December 2023.** Respondents are enjoined from re-detaining Petitioner unless he is provided a pre-deprivation hearing with respect to such detention. The Clerk of Court is directed to close this case.

DATED: ___March 9, 2026___

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE